CITY OF OCALA, a Municipal Corporation, *Plaintiff in Error,* vs. BENJAMIN THOMPSON, *Defendant in Error.*

Special Division A.

Decision Filed February 27, 1931.

Petition for rehearing denied March 25, 1931.

*Hampton & Greene,* for Plaintiff in Error;

*Claibourne M. Phipps, Shackleford, Ivy, Farrior & Shannon* and *Morris E. White,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the judgment herein and briefs and arguments of counsel for the respective parties, and the court being now advised of its judgment to be given in the premises, it is considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is, hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND BUFORD, J.J., concur.